

# THE THIRTEENTH COURT OF APPEALS

13-20-00097-CV

Ganado Nursing and Rehabilitation Center, Inc. and TAG MGT Services, LLC
v.
Amalia Poulton, Individually and as Representative of the Estate of Frances Garcia, and
Jesse Gomez

On Appeal from the
135th District Court of Jackson County, Texas
Trial Court Cause No. 18-11-15800

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

October 1, 2020